# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:25-CR-00060-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **SEBASTIAN PEREZ-GASPAR (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the oral consent of the defendant, this matter has been referred by the District Court for administration of guilty plea and allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned United States Magistrate Judge for a change of plea hearing and allocution of the defendant, Sebastian Perez-Gaspar, on July 30, 2025. The defendant was present with his counsel, Angelle Boudreaux.

After the hearing, and for the reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count 1 is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore, the undersigned United States Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, Sebastian Perez-Gaspar

-2-

and that Sebastian Perez-Gaspar be finally adjudged guilty of the offense charged in Count 1.

THUS DONE AND SIGNED in chambers, at Lafayette, Louisiana, on July 31, 2025.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE